UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
            Plaintiff

v.                                    Case No. 2:10CR20001-002

JAVIER MACIAS,
            Defendant

ORDER FOR REMISSION OF SPECIAL ASSESSMENT AND FINE

Now on this 6th day of February, 2012, comes on to be considered the United States' Petition for Remission of Special Assessment and Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On December 17, 2010, Defendant was sentenced to 24 months incarceration, 5 years supervised released, and a $100.00 special assessment and a $500.00 fine.

2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

Upon petition of the Government showing that reasonable efforts to collect a fine...
are not likely to be effective, the court may, in the interest of justice - -

1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. This statute shall apply to all fines and assessments, irrespective of the date of imposition."

The United States states that the Defendant was deported on November 15, 2011, and that there is no reasonable likelihood that the special assessment and fine can be collected.

4. Upon due consideration, the United States' Petition for Remission of Special Assessment and Fine is hereby granted and Defendant's special assessment and fine are remitted.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    HONORABLE ROBERT T. DAWSON
                                    U. S.  DISTRICT JUDGE